# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A., AS
ATTORNEY-IN-FACT FOR U.S. BANK,
N.A., SUCCESSOR TRUSTEE TO
LASALLE BANK NATIONAL
ASSOCIATION, ON BEHALF OF BEAR
STEARNS ASSET BACKED
SECURITIES I TRUST 2005-HELO,
ASSET-BACKED CERTIFICATE
SERIES 2005-HE 10; AND NATIONAL
DEFAULT SERVICING
CORPORATION,
Appellants,
vs.
ZAISAN ENTERPRISES LLC,
Respondent.

No. 73297

FILED

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that respondent's claims for trespass and slander of title remained pending in the district court such that the challenged order was not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416,

17-35133

417 (2000). In response, appellants agree that the order is not a final judgment.

Because the challenged order is not appealable under NRAP 3A(b)(1) and does not appear appealable under any other statute or court rule, *see Brown v. MHC Stagecoach*, 129 Nev. 343, 347, 301 P.3d 850, 853 (2013), we conclude that we lack jurisdiction and

ORDER this appeal DISMISED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Eric Johnson, District Judge
     Persi J. Mishel, Settlement Judge
     Smith Larsen & Wixom
     Wolfe Thompson
     Eighth District Court Clerk